# EXHIBIT 1

(supplemental production)

██████████████

**Subject:**          Fwd: LOCAL CAFE/CROW SIGNS INC,
**Attachments:**     LocalCafe_PylonReplacementFace_090122.pdf; LocalCafe_WallsignReplacementFace_
                     090122.pdf

---------- Forwarded message ---------
From: **CROW SIGNS** <CROWSIGNS@comcast.net>
Date: Thu, Sep 1, 2022, 11:03 AM
Subject: LOCAL CAFE/CROW SIGNS INC,
To: <gceservices@gmail.com>

Greg,

Please see the attached artwork for your approval.

Have a great day,

TODD WILDER

CROW SIGNS INC,

850-596-6079 PHONE

**From:** Michael Waddy
**Sent:** Thursday, September 01, 2022 10:57 AM
**To:** CROW SIGNS <crowsigns@comcast.net>
**Subject:** local cafe

1

MC30106

# THE LOCAL CAFE                    PYLON REPLACEMENT FACE

**QUANTITY: 2 EACH**

## COLOR KEY

⬤ 3M 3630-36 BLUE

⬤ 3M 7125-12 BLACK

◯ WHITE POLYCARBONATE



85.00"

23.00"

9.75"

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
    VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 23.00" X 85.00"
RETAINER SIZE: 2" (2.50" H-BAR)
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

FILE LOCATION:
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_090122

MC30107

# THE LOCAL CAFE   PYLON REPLACEMENT FACE



**EXISTING PYLON ELEVATION**



**PROPOSED PYLON ELEVATION**



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

**FILE LOCATION:**
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_090122

MC30108

# THE LOCAL CAFÉ        WALLSIGN REPLACEMENT FACE

**QUANTITY: 1 EACH**



156.25"

54.25"  24.75"

COLOR KEY

3M 3630-36 BLUE
3M 7125-12 BLACK
WHITE POLYCARBONATE

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 54.25" X 156.25" X 10.50"dp
RETAINER SIZE: 2"
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

DATE: 09.01.22
REV. DATE:

CUSTOMER APPROVAL

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_090122

MC30109

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

# THE LOCAL CAFÉ          WALLSIGN REPLACEMENT FACE



**EXISTING STOREFRONT ELEVATION**

**PROPOSED STOREFRONT ELEVATION**



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| **DATE:** | **CUSTOMER APPROVAL** |
|---|---|
| 09.01.22 | |
| **REV. DATE:** | |

**FILE LOCATION:**
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_090122

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30110

**Subject:**            Fwd: FW: LOCAL CAFE/CROW SIGNS INC,
**Attachments:**        LocalCafe_WallsignReplacementFace_090122.pdf; LocalCafe_PylonReplacementFace_
                        090122.pdf; LOCALCAFEEST.pdf

---------- Forwarded message ---------
From: **CROW SIGNS** <CROWSIGNS@comcast.net>
Date: Thu, Sep 1, 2022, 1:22 PM
Subject: FW: LOCAL CAFE/CROW SIGNS INC,
To: Gulf Coast Telecom, LLC. <gceservices@gmail.com>

Crystal,

Please see the attached estimate and artwork for your approval.

Have a great day,

TODD WILDER

CROW SIGNS INC,

850-596-6079 PHONE

MC30111

**From:** Michael Waddy
**Sent:** Thursday, September 01, 2022 11:54 AM
**To:** CROW SIGNS <crowsigns@comcast.net>
**Subject:** Re: LOCAL CAFE/CROW SIGNS INC,

On Thursday, September 1, 2022 at 11:39:03 AM CDT, CROW SIGNS <crowsigns@comcast.net> wrote:

**From:** Gulf Coast Telecom, LLC.
**Sent:** Thursday, September 01, 2022 11:06 AM
**To:** CROW SIGNS <CROWSIGNS@comcast.net>
**Subject:** Re: LOCAL CAFE/CROW SIGNS INC,

Can you put a Yellow Star where Panama City is?

Thank you,

Crystal,

Gulf Coast Telecom, Inc.

Corporate Office :

819 Garden Club Dr.

Panama City, FL 32401

2

MC30112

Mailing address:

2310 S Hwy 77,

Suite 110, PMB 340
Lynn Haven, Fl., 32444

gceservices@gmail.com

TEL: 850-303-5609
FAX: 888-488-0703

On Thu, Sep 1, 2022 at 11:03 AM CROW SIGNS <CROWSIGNS@comcast.net> wrote:

Greg,

Please see the attached artwork for your approval.

Have a great day,

TODD WILDER

CROW SIGNS INC,

850-596-6079 PHONE

**From:** Michael Waddy
**Sent:** Thursday, September 01, 2022 10:57 AM
**To:** CROW SIGNS <crowsigns@comcast.net>
**Subject:** local cafe

MC30113

MC30114

# THE LOCAL CAFE          PYLON REPLACEMENT FACE

**QUANTITY: 2 EACH**

## COLOR KEY

● 3M 3630-36 BLUE

● 3M 3630-015 YELLOW

● 3M 7125-12 BLACK

○ WHITE POLYCARBONATE

85.00"

23.00"    9.75"



SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 23.00" X 85.00"
RETAINER SIZE: 2" (2.50" H-BAR)
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

FILE LOCATION:
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_090122

MC30115

# THE LOCAL CAFE                    PYLON REPLACEMENT FACE





**EXISTING PYLON ELEVATION**



**PROPOSED PYLON ELEVATION**



**CROW SIGNS**

1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

**FILE LOCATION:**
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_090122

MC30116

# THE LOCAL CAFÉ          WALLSIGN REPLACEMENT FACE

**QUANTITY: 1 EACH**

## COLOR KEY

- 3M 3630-36 BLUE
- 3M 3630-015 YELLOW
- 3M 7125-12 BLACK
- WHITE POLYCARBONATE

156.25"

54.25"   24.75"



SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 54.25" X 156.25" X 10.50"dp
RETAINER SIZE: 2"
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:** 09.01.22

**REV. DATE:**

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_090122

MC30117

# THE LOCAL CAFÉ                    WALLSIGN REPLACEMENT FACE




**EXISTING STOREFRONT ELEVATION**



**PROPOSED STOREFRONT ELEVATION**



| 1513 Alaska Circle<br>Lynn Haven, FL 32444<br><br>Tel: 850.258.5368 | **DATE:**<br>09.01.22<br>**REV. DATE:** | **CUSTOMER APPROVAL** | THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT. |
|---|---|---|---|

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_090122                    MC30118

Crow Signs Inc

1513 Alaska Circle
Lynn Haven, FL 32444

# Estimate

| Date | Estimate # |
|------|-----------|
| 9/1/2022 | 2679 |

| Name / Address |
|----------------|
| LOCAL CAFE
401-1 E. 23RD ST.
PANAMA CITY, FL 32405 |

| Project |
|---------|
|  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| MANUFACTURE POLYCARBONATE REPLACEMENT FACE FOR WALL SIGN WITH FIRST SURFACE VINYL GRAPHICS APPLIED PER ARTWORK SUPPLIED. | 1 | 900.00 | 900.00 |
| MANUFACTURE POLYCARBONATE REPLACEMENT FACES FOR PYLON SIGN WITH FIRST SURFACE VINYL GRAPHICS APPLIED PER ARTWORK SUPPLIED. | 2 | 232.00 | 464.00 |
| INSTALLATION OF ALL FACES. | 1 | 500.00 | 500.00 |

| 50% DEPOSIT AND REMAINDER ON COMPLETION | **Total** | $1,864.00 |
|------------------------------------------|-----------|-----------|

MC30119

**Subject:**            Fwd: LOCAL CAFE/CROW SIGNS INC,
**Attachments:**     LOCALCAFEFINALINV.pdf

---------- Forwarded message ---------
**From: CROW SIGNS <CROWSIGNS@comcast.net>**
Date: Wed, Sep 14, 2022, 1:20 PM
Subject: LOCAL CAFE/CROW SIGNS INC,
To: Gulf Coast Telecom, LLC. <gceservices@gmail.com>

Greg,

**Please see the attached final invoice with a balance due of $1864.00.**

Have a great day,

TODD WILDER

CROW SIGNS INC,

850-596-6079 PHONE

MC30120

Crow Signs Inc

# Invoice

1513 Alaska Circle
Lynn Haven, FL 32444

| Date | Invoice # |
|---|---|
| 9/14/2022 | 4229 |

| Bill To | Job Location |
|---|---|
| LOCAL CAFE<br>401-1 E. 23RD ST.<br>PANAMA CITY, FL 32405 | |

| Phone # | Fax # | E-mail | | P.O. Number | Terms |
|---|---|---|---|---|---|
| 850-258-5368 | 850-265-5525 | crowsigns@comcast.net | | | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| MANUFACTURE | MANUFACTURE POLYCARBONATE REPLACEMENT FACE  FOR WALL SIGN WITH FIRST SURFACE VINYL GRAPHICS APPLIED PER ARTWORK SUPPLIED. | 1 | 900.00 | 900.00 |
| MANUFACTURE | MANUFACTURE POLYCARBONATE REPLACEMENT FACES FOR PYLON SIGN WITH FIRST SURFACE VINYL GRAPHICS APPLIED PER ARTWORK SUPPLIED. | 2 | 232.00 | 464.00 |
| Install | INSTALLATION OF ALL FACES. | 1 | 500.00 | 500.00 |

Thank you for your business.

**Total**  $1,864.00

MC30121

MC30122

# Details & History …
## onlinebanking.regions.com



*All pending activity affecting available balance may not be shown.*

**Posted Activity**

| Date ▲ | Type | Description | Amount | Posted Balance |
|---|---|---|---|---|
| ▶ ███ | ███████ | | ████ | ████ |
| ▼ SEP 15 2022 | 💲 | Bank Debit Transaction | -$1,864.00 | ████ |



| | |
|---|---|
| **Original Description** | BANK DEBIT |
| **Transaction Date** | 09/15/2022 |
| **Account** | LIFEGREEN BUSINESS CHECKING * 7287 |
| **Personal Memo** | Crowe signs for The Local Cafe signage 🖊 |

MC30123

███████████ ████████████████████████████████████████████████████████████████████

██            ████████████████████████████████████████████
██            ████████████████
**Subject:**         Fwd: LOCAL CAFE/CROW SIGNS INC,
**Attachments:**     Screenshot_20221103_213235.jpg


---------- Forwarded message ---------
From: **Gulf Coast Telecom, LLC.** <gceservices@gmail.com>
Date: Thu, Nov 3, 2022, 8:33 PM
Subject: Re: LOCAL CAFE/CROW SIGNS INC,
To: CROW SIGNS <CROWSIGNS@comcast.net>


What you created for me was based off the exact trade marked logo here. They want to sue me.

On Thu, Sep 1, 2022, 12:06 PM Gulf Coast Telecom, LLC. <gceservices@gmail.com> wrote:
> Can you put a Yellow Star where Panama City is?


> Thank you,

> Crystal,

> Gulf Coast Telecom, Inc.

> Corporate Office :
> 819 Garden Club Dr.
> Panama City, FL 32401


> Mailing address:
> 2310 S Hwy 77,
> Suite 110, PMB 340
> Lynn Haven, Fl., 32444


> gceservices@gmail.com

> TEL: 850-303-5609
> FAX: 888-488-0703


On Thu, Sep 1, 2022 at 11:03 AM CROW SIGNS <CROWSIGNS@comcast.net> wrote:

> Greg,

1

MC30124

Please see the attached artwork for your approval.

Have a great day,

TODD WILDER

CROW SIGNS INC,

850-596-6079 PHONE

---

**From:** Michael Waddy
**Sent:** Thursday, September 01, 2022 10:57 AM
**To:** CROW SIGNS <crowsigns@comcast.net>
**Subject:** local cafe

MC30125



Florida Local Vinyl Win...

Local FL · **In stock**

MC30126

**Subject:**            Fwd: LOCAL CAFE/CROW SIGNS INC,
**Attachments:**        Screenshot_20221030_224057.jpg; Screenshot_20221030_223957.jpg

---------- Forwarded message ---------
From: **Gulf Coast Telecom, LLC.** <gceservices@gmail.com>
Date: Sun, Oct 30, 2022, 10:43 PM
Subject: Re: LOCAL CAFE/CROW SIGNS INC,
To: CROW SIGNS <CROWSIGNS@comcast.net>, Thomas Kyle Vandergrift <tkvandy@gmail.com>, Greg Cash
<gceservices@gmail.com>

What if we changed to one of these logos ?

On Thu, Sep 1, 2022, 11:03 AM CROW SIGNS <CROWSIGNS@comcast.net> wrote:

> Greg,
>
>
>
> Please see the attached artwork for your approval.
>
>
>
> Have a great day,
>
>
>
> TODD WILDER
>
> CROW SIGNS INC,
>
> 850-596-6079 PHONE
>
> ---

> **From:** Michael Waddy
> **Sent:** Thursday, September 01, 2022 10:57 AM

MC30127

**To:** CROW SIGNS <crowsigns@comcast.net>
**Subject:** local cafe

MC30128



MC30129



MC30130

██████████

**Subject:** Fwd: the local _ 23rd st
**Attachments:** LocalCafe_DoorVinyl_rev110422.pdf; LocalCafe_PylonReplacementFace_rev110422.pdf; LocalCafe_WallsignReplacementFace_rev110422.pdf

---------- Forwarded message ---------
From: **Steve Crow** <crowsigns@comcast.net>
Date: Fri, Nov 4, 2022, 11:21 AM
Subject: Fwd: the local _ 23rd st
To: Greg Cash <gceservices@gmail.com>

Steve Crow

Begin forwarded message:

> **From:** Michael Waddy <mewaddy00@yahoo.com>
> **Date:** November 4, 2022 at 9:56:28 AM CDT
> **To:** CROW SIGNS <CROWSIGNS@comcast.net>
> **Subject: the local _ 23rd st**

MC30131

# THE LOCAL CAFÉ

# DOOR VINYL

**QUANTITY: 1 EACH**



24.00"

4.29"

13.93"

1.50"

**Tues - Sun**

**7:00 am - 3:00 pm**

SIGN INFO: FIRST SURFACE APPLIED DOOR VINYL FOR EXISTING GLASS ENTRY
SIZE: 13.93" X 24.00"
COLOR: WHITE
COPY SIZE: 1.50"
FONT: ARIAL NOVA BOLD



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: | **CUSTOMER APPROVAL** |
|---|---|
| 10.06.22 | |
| **REV. DATE:** | |
| 11.04.22 | |

FILE LOCATION:
artwork\The Local Café\23rd St\Door Vinyl\LocalCafe_DoorVinyl_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30132

# THE LOCAL CAFE                    DOOR VINYL

**QUANTITY: 1 EACH**



SIGN INFO: FIRST SURFACE APPLIED DOOR VINYL FOR EXISTING GLASS ENTRY
SIZE: 13.93" X 24.00"
COLOR: WHITE
COPY SIZE: 1.50"
FONT: ARIAL NOVA BOLD



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: 10.06.22 | CUSTOMER APPROVAL |
|---|---|
| REV. DATE: 11.04.22 | |

FILE LOCATION:
artwork\The Local Café\23rd St\Door Vinyl\LocalCafe_DoorVinyl_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30133

# THE LOCAL CAFE          PYLON REPLACEMENT FACE

**QUANTITY: 2 EACH**

## COLOR KEY

- ● 3M 3630-36 BLUE
- ● 3M 3630-015 YELLOW
- ● 3M 7125-12 BLACK
- ○ WHITE POLYCARBONATE



85.00"

23.00"

9.75"

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
    VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 23.00" X 85.00"
RETAINER SIZE: 2" (2.50" H-BAR)
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: | CUSTOMER APPROVAL |
|---|---|
| 09.01.22 | |
| REV. DATE: | |
| 11.04.22 | |

FILE LOCATION:
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30134

Case 5:22-cv-00260-MJF   Document 52-1   Filed 05/15/23   Page 32 of 40

# THE LOCAL CAFE

# PYLON REPLACEMENT FACE



**EXISTING PYLON ELEVATION**



**PROPOSED PYLON ELEVATION**



**CROW SIGNS**

1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: | CUSTOMER APPROVAL |
|---|---|
| 09.01.22 | |
| REV. DATE: | |
| 11.04.22 | |
| FILE LOCATION: | |

artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30135

# THE LOCAL CAFE                    PYLON REPLACEMENT FACE

**QUANTITY: 2 EACH**



85.00"

23.00"   9.75"

## COLOR KEY

- 🔵 3M 3630-36 BLUE
- 🟡 3M 3630-015 YELLOW
- ⚫ 3M 7125-12 BLACK
- ⚪ WHITE POLYCARBONATE

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 23.00" X 85.00"
RETAINER SIZE: 2" (2.50" H-BAR)
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: 09.01.22 | CUSTOMER APPROVAL |
|---|---|
| REV. DATE: 11.04.22 | |

FILE LOCATION:
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30136

# THE LOCAL CAFE

# PYLON REPLACEMENT FACE



**EXISTING PYLON ELEVATION**



**PROPOSED PYLON ELEVATION**



# CROW
## SIGNS

1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE: | CUSTOMER APPROVAL |
|---|---|
| 09.01.22 | |
| REV. DATE: | |
| 11.04.22 | |

FILE LOCATION:
artwork\The Local Café\Replacement Face\Pylon\LocalCafe_PylonReplacementFace_rev110422

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30137

# THE LOCAL CAFÉ          WALLSIGN REPLACEMENT FACE

**QUANTITY: 1 EACH**



156.25"

54.25" / 24.75"

## COLOR KEY

- 3M 3630-36 BLUE
- 3M 3630-015 YELLOW
- 3M 7125-12 BLACK
- WHITE POLYCARBONATE

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 54.25" X 156.25" X 10.50"dp
RETAINER SIZE: 2"
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**
11.04.22

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_rev110422

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30138

# THE LOCAL CAFÉ   WALLSIGN REPLACEMENT FACE





**EXISTING STOREFRONT ELEVATION**



**PROPOSED STOREFRONT ELEVATION**



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

| DATE:<br>09.01.22 | CUSTOMER APPROVAL |
| --- | --- |
| REV. DATE:<br>11.04.22 | |

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_rev110422

MC30139

# THE LOCAL CAFÉ          WALLSIGN REPLACEMENT FACE

**QUANTITY: 1 EACH**



156.25"

54.25"  24.75"

## COLOR KEY

- 3M 3630-36 BLUE
- 3M 3630-015 YELLOW
- 3M 7125-12 BLACK
- WHITE POLYCARBONATE

SIGN INFO: FLAT POLYCARBONATE REPLACEMENT FACE W/ FIRST SURFACE APPLIED
   VINYL GRAPHICS FOR EXISTING INTERNALLY ILLUMINATED WALLSIGN
SIZE: 54.25" X 156.25" X 10.50"dp
RETAINER SIZE: 2"
FACE COLOR: WHITE W/ FIRST SURFACE APPLIED VINYL GRAPHICS
ILLUMINATION: LED (WHITE)

COPY INFO: FIRST SURFACE VINYL OVERLAY
COLOR: VARIOUS (PER COLOR KEY)
SIZE: PER ARTWORK
FONT: PER ARTWORK



1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

**DATE:**
09.01.22

**REV. DATE:**
11.04.22

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_rev110422

**CUSTOMER APPROVAL**

THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT.

MC30140

# THE LOCAL CAFÉ                    WALLSIGN REPLACEMENT FACE





**EXISTING STOREFRONT ELEVATION**



**PROPOSED STOREFRONT ELEVATION**



| DATE: 09.01.22 | CUSTOMER APPROVAL | THIS IS AN ORIGINAL UNPUBLISHED DRAWING CREATED BY CROW SIGNS. IT IS SUBMITTED FOR YOUR PERSONAL USE IN CONNECTION WITH A PROJECT BEING PLANNED FOR YOU BY CROW SIGNS. IT IS NOT TO BE SHOWN TO ANYONE OUTSIDE OF YOUR ORGANIZATION, NOR IS IT TO BE USED, REPRODUCED, COPIED, OR EXHIBITED IN ANY FASHION. IF DONE SO, CHARGES MAY BE APPLIED FOR COMPENSATION IN THE DESIGN TIME AND FOR ANY SURVEY'S OR MEASURMENTS THAT MAY HAVE BEEN TAKEN FOR THIS PROJECT. |
| --- | --- | --- |
| REV. DATE: 11.04.22 | | |

1513 Alaska Circle
Lynn Haven, FL 32444

Tel: 850.258.5368

FILE LOCATION:
artwork\The Local Café\Replacement Face\Wallsign\LocalCafe_WallsignReplacementFace_rev110422

MC30141

**Subject:**                             Fwd: the local _ 23rd st

---------- Forwarded message ---------
From: **Gulf Coast Telecom, LLC.** <gceservices@gmail.com>
Date: Fri, Nov 4, 2022, 11:30 AM
Subject: Re: the local _ 23rd st
To: Steve Crow <crowsigns@comcast.net>

No state as first L, also on last L stare of florida need yelliw star on our location

On Fri, Nov 4, 2022, 12:21 PM Steve Crow <crowsigns@comcast.net> wrote:

>
> Steve Crow
>
> Begin forwarded message:
>
>> **From:** Michael Waddy <mewaddy00@yahoo.com>
>> **Date:** November 4, 2022 at 9:56:28 AM CDT
>> **To:** CROW SIGNS <CROWSIGNS@comcast.net>
>> **Subject: the local _ 23rd st**

MC30142

# Karma Fishing
Business chat

OCT 31, 2022 AT 4:21 PM

👍

Please call me

850 258 9289

Florida fl sent me a cease desist letter
My cafe
The local

NOV 1, 2022 AT 5:26 PM

Hello

👍

Aa 😊 👍