# EXHIBIT 2

(amended responses to Defendant's RFPs)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MC3 INVESTMENTS LLC<br>d/b/a THE LOCAL CAFÉ,<br><br>    Plaintiff,<br><br>v.<br><br>THE LOCAL BRAND, INC.,<br><br>    Defendant.<br><br>THE LOCAL BRAND, INC.,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>MC3 INVESTMENTS LLC<br>d/b/a THE LOCAL CAFÉ,<br><br>    Counter-Defendant. | Case No.: 5:22-cv-00260 |

**PLAINTIFF'S FIRST AMENDED OBJECTIONS AND RESPONSES TO DEFENDANT'S RFPs 3, 5, 7, AND 23**

Pursuant to the Court's order (Doc. 51), Plaintiff MC3 INVESTMENTS d/b/a THE LOCAL CAFÉ ("Plaintiff"), through undersigned counsel, hereby serves the following Objections and Responses to Defendant's Requests for Production Nos. 3, 5, 7, and 23, which were first served on February 22, 2023.

1

## OBJECTIONS AND RESPOSNES

3. All documents which evidence, refer, or relate to the creation, selection, design, adoption, or proposed use of, and the decision to use and/or attempt to register Plaintiff's MC3 Logos.

**FIRST AMENDED RESPONSE: Plaintiff will produce copies of all responsive documents in its possession, custody, or control. Specifically, Plaintiff will produce copies of email correspondence with Crow Signs, Inc.**

5. All documents and things concerning the conception, design, and development of signage for services offered under the MC3 Logos, including any subsequent changes to such signage.

**FIRST AMENDED RESPONSE: Plaintiff will produce copies of all responsive documents in its possession, custody, or control. Specifically, Plaintiff will produce copies of email correspondence with Crow Signs, Inc.**

7. All documents relating or referring to communications with third parties regarding Defendant's LOCAL Marks.

**FIRST AMENDED RESPONSE: Plaintiff objects to the extent that this request calls for the production of privileged communications with Plaintiff's attorney. Plaintiff will produce copies of all non-privileged responsive documents in its possession, custody, or control. Specifically, Plaintiff will produce a copy of Facebook correspondence with Karma Fishing.**

23. All documents and things relating or referring to any action taken by Plaintiff in response to the awareness of Defendant's LOCAL Marks.

**FIRST AMENDED RESPONSE: Plaintiff will produce copies of all responsive documents in its possession, custody, or control.**

Respectfully submitted,

| | |
|---|---|
| Dated: May 15, 2023 | /s/ *H. Jared Doster* <br> H. Jared Doster <br> Florida Bar No.1,024,069 <br> jared@doster.law <br> support@doster.law <br> **DOSTER LAW PLLC** <br> 97 West Oak Avenue, Suite 300 <br> Panama City, FL 32401 <br> Telephone: (850) 319-4248 <br><br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I emailed the foregoing to the following counsel of record:

Clay McGurk
claymcgurk@gmail.com
**THE LAW OFFICE OF CLAY MCGURK**
P.O. Box 1488
Orange, CA, 92856

Jeffrey Scott Carter
jeff@jeffcarterpa.com
**JEFF CARTER PA**
P.O. Box 228
Panama City, FL 32402

*Attorneys for Defendant*

*H. Jared Doster*
H. Jared Doster

3