# EXHIBIT 3

(Plaintiff's affidavit)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MC3 INVESTMENTS LLC
d/b/a THE LOCAL CAFÉ,

    Plaintiff,

v.

THE LOCAL BRAND, INC.,

    Defendant.

Case No.: 5:22-cv-00260

THE LOCAL BRAND, INC.,

    Counter-Plaintiff,

v.

MC3 INVESTMENTS LLC
d/b/a THE LOCAL CAFÉ,

    Counter-Defendant.

## AFFIDAVIT OF GREG CASH

I, Greg Cash, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. I am over eighteen (18) years of age and I make this affidavit based upon my personal knowledge, unless otherwise stated.

2. I am the sole owner of Plaintiff MC3 INVESTMENTS LLC ("Plaintiff").

3. I have searched the corporate records of Plaintiff to the best of my knowledge and ability.

4. To the best of my knowledge, Plaintiff has no additional documents in its possession, custody, or control that are responsive to Defendant's Requests for Production ("RFP") 8, 18, or 23 (reproduced below) beyond what Plaintiff already produced to Defendant before the Court's order on May 1, 2023.

> 8. All documents relating or referring to any internet searches undertaken by or on behalf of Plaintiff which relate or refer to Defendant's LOCAL Marks, or the LOCAL portion.

> 18. All documents concerning Plaintiff's plans to expand the market of goods or services intended to be offered under [Plaintiff's] Logos, including but not limited to the addition of new product lines and services, as well as the expansion of new restaurants, cafés, bars and stores into new geographic areas.

> 23. All documents and things relating or referring to any action taken by Plaintiff in response to the awareness of Defendant's LOCAL Marks.

5. Regarding RFP 8 above, to the best of my knowledge Plaintiff has no additional documents or other records in its possession, custody, or control that are related to internet searches conducted by Greg Cash related to any of Plaintiff's alleged marks.

6. Regarding RFP 18 above, to the best of my knowledge Plaintiff has no additional documents or other records in its possession, custody, or control that are

related to any plans, emails or agreements involving any future restaurants or bars that may be opened in the future by Plaintiff.

7. Regarding RFP 23 above, to the best of my knowledge Plaintiff has no additional documents or other records in its possession, custody, or control that are related to Plaintiff's genuine and amicable attempts to seek Defendant's approval of Plaintiff's second logo, reproduced below.



I declare under penalty of perjury that the foregoing is true and correct.

_____
Greg Cash

Dated: May 15, 2023
Panama City, Florida

3