UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MC3 INVESTMENTS LLC<br>d/b/a THE LOCAL CAFÉ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LOCAL BRAND, INC.,<br><br>    Defendant. | Case No.: 5:22-cv-00260 |
| THE LOCAL BRAND, INC.,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>MC3 INVESTMENTS LLC<br>d/b/a THE LOCAL CAFÉ,<br><br>    Counter-Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Co-Counsel for Plaintiff MC3 INVESTMENTS LLC.

Respectfully submitted,

Dated:  September 1, 2023

/s/H. Lawrence Perry_____
Henry Lawrence Perry
Florida Bar No. 059765

>lperry@Perry-Young.com
>**PERRY & YOUNG**
>200 Harrison Avenue
>Panama City, FL 32401
>Telephone: (850) 215-7777
>
>*Attorney for Plaintiff*