UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| MC3 INVESTMENTS LLC<br>d/b/a THE LOCAL CAFÉ<br><br>Plaintiff / Plaintiff<br><br>v.<br><br>THE LOCAL BRAND, INC.<br><br>Defendant / Defendant | Case No. **5:22-cv-00260-MJF** |

### DEFENDANT'S MOTION TO DENY THE APPEARANCE OF HENRY LAWRENCE PERRY

The Local Brand, Inc. ("Defendant"), through its undersigned counsel, hereby moves the Court to deny the last-minute appearance of co-counsel, Henry Lawrence Perry, for Plaintiff (Doc. 103). This appearance of counsel was filed on Friday, September 1, 2023. Trial has been scheduled for Tuesday, September 5, 2023. Labor Day weekend runs from September 2, 2023 through Monday, September 4, 2023.

Back in the beginning of the litigation, previous counsel for Defendant, Jeff Carter, *Esq.*, notified Plaintiff months in advance of my participation in the litigation pursuant to a *pro hac vice* admission. Plaintiff did not object to my *pro hac vice*

1

admission.  The same courtesy is lacking here.  Defendant objects to this appearance by an unknown attorney and move to deny his appearance.

Plaintiff neither notified Defendant nor this Court in advance that Mr. Perry was going to participate in this litigation or in the trial.  Mr. Perry has not filed a document in this litigation (other than his appearance, Doc. 103).  Mr. Perry has not participated in any pretrial meetings, has not participated in any pretrial stipulations, has not participated in any trial meetings with the Honorable Judge Magistrate Henry prior to the trial, and has not drafted or submitted any motions.  It is unclear why Mr. Perry is being added at the last-minute without any advance notice to Defendant or this Court.

The Supreme Court has acknowledged that federal courts possess the inherent power to control other aspects of regulating internal court proceedings, including having the inherent power to (1) hear a motion *in limine*; (2) dismiss a case for the convenience of the parties or witnesses because of the availability of an alternative forum; and (3) stay proceedings pending the resolution of parallel actions in other courts. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  Therefore, under the inherent powers vested in the Honorable Judge Magistrate Frank to control the proceedings of the trial in his courtroom, Defendant moves to deny the participation of Henry Lawrence Perry in the trial starting on Tuesday, September 5, 2023.

RESPECTFULLY SUBMITTED this **2nd  day of September, 2023**.

        THE LAW OFFICE OF CLAY MCGURK

        */s/ Clay McGurk*

        Clay McGurk, *Esq*.
        CA Bar #238727
        P. O. Box 1488
        Orange, CA  92856
        (949) 395-3942
        Primary: claymcgurk@gmail.com
        ATTORNEY FOR DEFENDANT,
        THE LOCAL BRAND, INC

## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED certifies that on this **2nd  day of September, 2023**, all counsel of record are being served with a copy of this document via the Court's CM/ECF system.

        */s/ Clay McGurk*
        Clay McGurk, *Esq*.
        CA Bar No. #238727

## **CERTIFICATE OF WORD COUNT**

Pursuant to N.D. Fla. Loc. R. 7.1(F), THE UNDERSIGNED certifies that the words in this Memorandum are around 495 words and is less than the maximum of 8000 words.

        */s/ Clay McGurk*
        Clay McGurk, *Esq*.
        CA Bar No. #238727